UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN T. ERVIN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. 4:16-CV-1337 ERW |
| MICHAEL BOWERSOX, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the application of petitioner for a motion to proceed in forma pauperis on appeal. The Court, however, cannot review the merits of petitioner's motion because he has not completed a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases." As such, the Court will provide petitioner with the form motion and affidavit so that he may complete the proper documents. *See* 28 U.S.C. § 1915; Local Rule 2.05(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases."

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this order either to submit a completed form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases."

1

**IT IS FURTHER ORDERED** that if petitioner fails to properly complete and submit the form motion and affidavit within thirty (30) days, the Court will deny petitioner's motion without prejudice.

Dated this 23rd day of February, 2017.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE